1  DENISE BOURGEOIS HALEY
   ATTORNEY AT LAW 143709                                          JS-6
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA  90670-4712

4  TEL: 562/868-5886
   FAX:  562/868-5491
5  E-MAIL: rohlfing_office@msn.com

6  Attorney for plaintiff

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                  **WESTERN DIVISON**

11

12  GEROGE A. JUAREZ,                     ) Case No. CV 09-1456 MLG
                                          )
13              Plaintiff,                ) ORDER DISMISSING CASE WITH
         vs.                              ) PREJUDICE
14                                        )
    MICHAEL J. ASTRUE,                    )
15  COMMISSIONER SOCIAL                   )
    SECURITY,                             )
16                                        )
                Defendant                 )
17  _____       )

18        Based upon the parties' Stipulation to Dismiss With Prejudice

19  ("Stipulation"),

20        **IT IS ORDERED** that the above-captioned matter is dismissed pursuant to

21  Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, said dismissal is with

22  prejudice, and subject to the terms and conditions of the Stipulation.

23

24  DATED: November 5, 2009        MARC L. GOLDMAN
                                   _____
25                                 UNITED STATES MAGISTRATE JUDGE

26

                              -1-